AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York ▼

| | |
|---|---|
| Luke Richardson <br><br> *Plaintiff* <br><br> v. <br> The City of New York, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 15-cv-05775 -PKC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David Thompson, Esq.
> Stecklow & Thompson
> 217 Centre Street, 6th Floor
> New York, N.Y. 10013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/18/2015

/s/ M. Oh

*Signature of Clerk or Deputy Clerk*

RIDER

1. NYPD OFFICER IVAN BAUTISTA (SHIELD NO. 10074),
2. NYPD OFFICER NELSON FRIAS (SHIELD NO. 4054),
3. NYPD OFFICER HALIMA SMITH (SHIELD NO. 3680),
4. NYPD OFFICER EVERETT REYES (SHIELD NO. 14434),
5. NYPD OFFICER DAVID SCOTT (SHIELD NO. 8533),
6. NYPD OFFICER CHARLES CAREY (SHIELD NO. 1361),
7. NYPD OFFICER RAYMUNDO FLETE (SHIELD NO. 14271),
8. NYPD OFFICER VALLISON ISAAC (SHIELD NO. 1647),
9. SERGEANT CARLETON SUDDLER,
10. NYPD OFFICER REGINA VAILES (SHIELD NO. 4132),
11. NYPD OFFICER LUVEN GILBERT-FIGUEROA (SHIELD NO. 9189),
12. NYPD OFFICER VITO CAMPANELLI (SHIELD NO. 31604),
13. NYPD OFFICER CHAO LI (SHIELD NO. 28060),
14. DET. SOLOMON CHINNERY,