IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____x

    LUKE RICHARDSON,  :  INDEX NO. 15-cv-5775 (PKC)

                               Plaintiff(s),  :  Affidavit of Service

            -against-

    THE CITY OF NEW YORK. ET AL,

                               Defendant(s).

_____x

    DAVID THOMPSON, being duly sworn, deposes and says:

1. I am not a party to the action, I am over eighteen years of age, and I reside in New York, N.Y.

2. On WEDNESDAY, December 16, 2015, at approximately 10:30 AM, I served a true copy of the following papers: the summons and complaint LUKE RICHARDSON V. THE CITY OF NEW YORK ET AL. upon IVAN BAUTISTA by delivering the same to his/her actual place of business: MANHATTAN BRONX SCHOOL SAFETY ZONE 1932 ARTHUR AVENUE, BRONX NY 10457, and by leaving same with: PO DEL-LLANO , who was a person of suitable age and discretion. PO DEL-LLANO who received the documents appeared to be a Male CAUCASION of approximately 45 years old, 5' 8", and 190 lbs., with BLACK hair, and BADGE NUMBER 29163.

3. In addition, On TUESDAY, DECEMBER 15, 2015, I mailed a true copy of the same papers upon IVAN BAUTISTA to his/her actual place of business: MANHATTAN BRONX SCHOOL SAFETY ZONE 1932 ARTHUR AVENUE, BRONX NY 10457, by placing same with correct first class postage paid in a post-office or official depository of the U.S. Postal Service within the State of New York. The aforementioned documents were mailed in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL," with no external indication that it contained legal process or originated from a law office.

Sworn to before me this
17th day of December, 2015

_____
NOTARY PUBLIC

_____
DAVID THOMPSON

WYLIE M. STECKLOW, ESQ.
Notary Public, State of New York
Qualified in New York County
No. 02ST5063370
My Commission Expires July 22, 20__16