UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LUKE RICHARDSON,

                                Plaintiff,

               -against-

THE CITY OF NEW YORK, a municipal entity,
et al.,

                                Defendants.

**DECLARATION OF JOY ANAKHU IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

15 CV 5775 (PKC)

------------------------------------------------------------------------ x

      **Joy T. Anakhu**, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1. I am a Senior Counsel in the Office of Zachary Carter, Corporation Counsel of the City of New York, attorney for defendants. As such, I am familiar with the facts stated below. I submit this declaration in support of defendants' motion for dismissal pursuant to Rule 12 of the Federal Rules of Civil Procedure.

      2. Plaintiff brought this action by filing a complaint on July 22, 2015. Subsequently plaintiff amended his complaint on September 17, 2015. Attached as Exhibit A is plaintiff's amended complaint. In a forty three page complaint plaintiff raises five claims for relief: false arrest, Ex A, pp. 19-20, excessive force, Ex A, pp. 20-21, failure to intervene, Ex A, pp. 21, a vaguely described claim for deprivation of rights under § 1983, Ex A, pp. 18-19, and a municipal liability theory that sounds chiefly in deliberate indifference, Ex A, pp. 22-42.

Dated: New York, New York
January 29, 2016

ZACHARY CARTER
Corporation Counsel - City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2373

By: /s/
    Joy Anakhu
    Senior Counsel
    New York City Law Department

TO:

Honorable P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007

David Thompson
Stecklow & Thompson
217 Centre Street, 6th Floor
New York, NY 10013