

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | JOY ANAKHU<br>*Senior Counsel*<br>Phone: (212) 356-2323<br>Fax: (212) 356-3509<br>janakhu@law.nyc.gov |

January 29, 2016

**BY ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10038

Application granted, DE 66 and DE 67.
SO ORDERED.
Dated: Feb. 1, 2016

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Re:   Luke Richardson v. City of New York, et al.,
        15 CV 5775 (PKC)

Your Honor:

Defendants submit this request with respect to defendants' 12(b) motion to dismiss, set to be filed on January 29, 2016. Defendants request permission to file additional pages as part of their memorandum of law per the Court's rules, § 2(C). There are over twenty defendants in this matter setting forth various causes of action. Defendants wish to thoroughly address each of the claims asserted against them by the plaintiff and accordingly request leave to include up to five additional pages in their memorandum. Defendants apologize for the timing of this request[1].

Plaintiff consents to this request and seeks leave to file an additional five pages as part of his response. Defendants consent to this request.

Defendants thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/
Joy Anakhu
Senior Counsel
Special Federal Litigation Division

---

[1] Defendants note that this letter was previously filed as ECF No. 66, however it inadvertently referenced the wrong case in the body of its letter.

- 2 -

cc: David Thompson, Esq.
  *Attorney for plaintiff*