UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUKE RICHARDSON

                    Plaintiff(s),

    - against -

CITY OF NY

                    Defendant(s).

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-16

15 Civ. 5775 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Time to serve Officer Scott extended through March 2, 2016 under Rule 4(m).

2. Assuming Officer Scott is represented by Corporation Counsel, the Notice of Motion to Dismiss is deemed amended to include Officers Scott and Issac.

3. Plaintiff's time to respond to the motion is extended to March 25, 2016. Plaintiff will annex a proposed amended complaint marked to show changes. Defendant's time to reply is set for April 15, 2016 and may include arguments under the futility doctrine.

2

~~The next Case Management Conference [the Final Pretrial Conference] will be held on _____ at _____ am/pm. Any conference scheduled for a date prior thereto is adjourned.~~

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
2-26-16