# DAVID A. THOMPSON
## STECKLOW & THOMPSON

217 CENTRE STREET, 6TH FLOOR
NEW YORK, NEW YORK 10013
TEL: (212) 566-8000
FAX: (212) 202-4952
DAVE@SCTLAW.NYC

March 25, 2016

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Richardson v. The City of New York, 15-cv-05775 (PKC)

Dear Honorable Judge Castel:

      Pursuant to the Court's Order of February 26, 2016, annexed hereto as Exhibit A please find the plaintiff's proposed amended complaint. Annexed hereto as Exhibit B please find a redline copy of the same proposed amended complaint. The exhibits referenced in the complaint, which are images included for the purposes of officer identification, have been omitted from these copies, but can be provided upon request. Because officer identification is not at issue on this motion, I believe the images are unnecessary for the Court's consideration of the proposed amendment. The images would be the same as those already filed to the docket as docket numbers 29-1 through 29-21.

                                          Respectfully submitted,

                                          David Thompson