# WYLIE STECKLOW PLLC
## ATTORNEY-AT-LAW

WWW.LAWYERSFORTHERESTOFUS.COM

217 CENTRE ST. FL. 6
NEW YORK, NY 10013
T(212) 566-8000
F(888) 566-7999
WYLIE@WYLIELAW.COM

December 5, 2018

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> *Handwritten annotation:* Plaintiff has no remedies appropriate or available. Request to reopen prior to the date set will be the Court and the Court will set a conference to reopen the case to trial. SO ORDERED. 12-5-18

Re: Richardson v. The City of New York, et al., 15 cv 5775 (PKC)

Dear Honorable Judge Castel:

Please remember that I am counsel of record for this matter. On November 8, 2018, Counsel for the defendants informed this honorable Court that the matter had been settled. ***Docket 109.*** On the same date, this honorable Court entered an order of dismissal, with a 45 day window to reopen the case. ***Docket 110.*** That date would expire on or around December 24, 2018.

Unfortunately, to date, the defense has failed to share proposed settlement paperwork in this matter. The undersigned contacted defense counsel more than five (5) times[1] since the settlement was reached in principle, but have not yet received settlement paperwork. On November 19th, defense counsel wrote the paperwork would not be finalized until after 11/26/18, and on November 20th, defense counsel wrote, "I do not foresee a problem getting them to you next week." That week has passed and the defense documents are still not provided.

In the past two days, I have sought a date certain to obtain the paperwork and have been assured this is just a busy time for the defense and is not an intentional delay. Plaintiffs' counsel has no reason to disbelieve this representation. Nevertheless, the City takes in excess of ninety (90) days to issue a check once the paperwork is received, and has now taken thirty (30) days since settlement and has not yet shared proposed settlement paperwork.

By this letter, plaintiff requests (1) that the defense be given a deadline of December 7, 2018, to submit settlement paperwork to the plaintiff; (2) the City be ordered to expedite payment for plaintiff since they have already delayed completion of the settlement by thirty (30) days and (3) this honorable Court extend the date for a party to file an application to reopen the case for an additional forty-five days from the date the defense submits it settlement paperwork to the plaintiff.

Respectfully submitted,

- /s/ -

Wylie M. Stecklow, Esq.

---

[1] November 9, 19, 20, 29, 30, December 3, 4, 2018.